JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANA VENTURA,

               Plaintiff,

       v.

WIMATEX, INC.,

               Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. CV 24-9477 FMO (KESx)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of March, 2025.

/s/

Fernando M. Olguin
United States District Judge